UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID W. WILSON,<br><br>        Plaintiff,<br><br>   v.<br><br>K.L. LASSITER, et al.,<br><br>        Defendants. | No. 2:14-cv-1747 WBS KJN P<br><br><br>FINDINGS AND RECOMMENDATIONS |

      Plaintiff is a state prisoner, proceeding without counsel, with a civil rights action pursuant to 42 U.S.C. § 1983. On September 23, 2014, the Honorable William B. Shubb denied plaintiff's application to proceed in forma pauperis and directed plaintiff to pay the filing fee within thirty days. (ECF No. 7.) On March 9, 2015, Judge Shubb denied plaintiff's motion for reconsideration and ordered plaintiff to pay the filing fee within thirty days. (ECF No. 11.)

      Thirty days passed from March 9, 2015 and plaintiff did not pay the filing fee.

      Accordingly, IT IS HEREBY RECOMMENDED that this action be dismissed for plaintiff's failure to pay the filing fee.

      These findings and recommendations are submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l). Within fourteen days after being served with these findings and recommendations, plaintiff may file written objections with the court and serve a copy on all parties. Such a document should be captioned

1

1  "Objections to Magistrate Judge's Findings and Recommendations."  Plaintiff is advised that
2  failure to file objections within the specified time may waive the right to appeal the District
3  Court's order.  <u>Martinez v. Ylst</u>, 951 F.2d 1153 (9th Cir. 1991).
4  Dated:  April 23, 2015

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

Wil1747.fr